IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CITY OF ASHDOWN, ARKANSAS
Individually and on behalf of all others
Similarly situated                                                              PLAINTIFF

v.                                    Case No. 4:20-cv-4113

NETFLIX, INC. and HULU, LLC                                                 DEFENDANTS

# ORDER

Before the Court is a Motion to Withdraw Motion to Enter Bill of Costs. ECF No. 100. Separate Defendant Netflix, Inc. moves the Court to withdraw its Motion to Enter Bill of Costs (ECF No. 98).

Upon consideration, the Court finds that the motion to withdraw (ECF No. 100) should be and hereby is **GRANTED**. Separate Defendant Netflix Inc.'s Motion to Enter Bill of Costs (ECF No. 98) is hereby **WITHDRAWN**.

**IT IS SO ORDERED**, this 4th day of November, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge